**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LJULIET W. THOMASON,**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**CAROLYN W. COLVIN,** *Acting Commissioner of Social Security Administration*,<br><br>    **Defendant(s).** | **Case No.: 13-CV-01479 YGR**<br><br>**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). This option is being made available because the magistrate judges in this district have smaller civil dockets and no felony criminal cases and may be able to adjudicate this case more expeditiously than the undersigned district judge.

Accordingly, the parties are hereby **DIRECTED** to advise the Court, no later than July 8, 2013, whether they consent to have a magistrate judge conduct all further proceedings in the instant action. Normally the parties would be directed to so inform the court in their Joint Case Management Statement filed in connection with the initial case management conference. However, because this case involves a review of an administrative record, a case management conference has not been scheduled. For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Date: May 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LJULIET W. THOMASON,**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**CAROLYN W. COLVIN**, *Acting Commissioner of Social Security Administration*,<br><br>    **Defendant(s).** | **Case No.: 13-CV-01479 YGR**<br><br>**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE** |

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____          _____

_____          _____
Attorney for Plaintiff                                    Attorney for Defendant


Dated:_____