**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L. JULIET W. THOMASON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No.: C-13-1479-YGR<br><br>**JUDGMENT** |

On May 1, 2014, having duly considered the issues in this action, the Court denied plaintiff's motion for summary judgment and granted defendant's cross-motion for summary judgment. Consistent with that order, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner is affirmed. Judgment is granted in favor of Defendant Colvin.

**IT IS SO ORDERED**.

Date: May 7, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**